IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-CR-00521-HA |
| Plaintiff, | |
| v | ORDER DENYING. DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE |
| BASHAAR ABULAZIZ ALMAAITA, | |
| Defendant. | |

This matter comes before the court upon defendant's Motion to Terminate Defendant's Supervised Release [32].

After review of this matter, and having received a recommendation from Defendant's probation officer, the court hereby denies defendant's request.

Defendant's request for early termination of supervised release is hereby denied. Defendant shall remain on supervised release until expiration of his term.

DATED this 8th day of May, 2014.

ANCER L. HAGGERTY
SENIOR U. S. DISTRICT COURT JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE